**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
DIANA CRAIGWELL,                                              :
                                                              :
                    Plaintiff,                                :     20-CV-8601 (GHW)
                                                              :
         -against-                                            :     ORDER
                                                              :
CITY OF NEW YORK., et al.,                                    :
                                                              :
                    Defendants.                               :
                                                              :
                                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' *ex parte* letters. Further settlement conferences would not be a good use of judicial or party resources at this time. As the case is only referred to me for settlement, the parties shall continue with discovery before Judge Woods.

**SO ORDERED.**

                                                                                         *s/ Ona T. Wang*

Dated: September 9, 2021                        **Ona T. Wang**
      New York, New York              United States Magistrate Judge